# United States District Court
# For The Western District of North Carolina
# Asheville Division

MARGARET L. JONES,,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv215

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 09/14/2012 Order.

                                                        FRANK G. JOHNS, CLERK
                                                        Signed: September 14, 2012

*(signed)* Frank G. Johns

Frank G. Johns, Clerk
United States District Court